# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

DEXTER L. FRITZ, SR.,                         :

     Petitioner,                        :         Case No. 3:09cv00249

 vs.                                         :         District Judge Thomas M. Rose
                                        Magistrate Judge Sharon L. Ovington

ROBIN KNABB, Warden,                          :
Chillicothe Correctional Institution,

                                      :

     Respondent.                        :

                                        :

---

## DECISION AND ENTRY

---

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #9), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1.  The Report and Recommendations filed on March 23, 2012 (Doc. #9) is ADOPTED in full;

2.  Dexter L. Fritz, Sr.'s Petition for Writ of Habeas Corpus (Doc. #2) is DENIED and DISMISSED;

3.  Fritz is denied leave to appeal *in forma pauperis* pursuant to 28 U.S.C. §1915(a) and also denied any requested certificate of appealability under 28 U.S.C. §2253(c); and,

4.  The case is terminated on the docket of this Court.

April 16, 2012                                        *s/THOMAS M. ROSE*

 

Thomas M. Rose
United States District Judge