# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| DEXTER L. FRITZ, SR., | : | |
| Petitioner, | : | Case No. 3:09cv00249 |
| vs. | : | District Judge Thomas M. Rose<br>Magistrate Judge Sharon L. Ovington |
| ROBIN KNABB, Warden,<br>Chillicothe Correctional Institution, | : | |
| | : | |
| Respondent. | : | |
| | : | |

## DECISION AND ENTRY

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #9), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on March 23, 2012 (Doc. #9) is ADOPTED in full;

2. Dexter L. Fritz, Sr.'s Petition for Writ of Habeas Corpus (Doc. #2) is DENIED and DISMISSED;

3. Fritz is denied leave to appeal *in forma pauperis* pursuant to 28 U.S.C. §1915(a) and also denied any requested certificate of appealability under 28 U.S.C. §2253(c); and,

4. The case is terminated on the docket of this Court.

April 16, 2012                                *s/THOMAS M. ROSE*

                                              _____
                                                       Thomas M. Rose
                                                 United States District Judge